■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUELINE ZELTER, Appellant. (Appeal No. 1.) [775 NYS2d 633]—

Appeal from a judgment of the Monroe County Court (Dennis F. Bender, J.), rendered December 20, 2000. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from three judgments convicting her of various crimes upon her pleas of guilty entered during a single plea proceeding, defendant contends in each appeal that County Court erred in imposing an enhanced sentence. Defendant's contention is not preserved for our review because defendant neither objected to the enhanced sentences nor moved to withdraw her pleas on that ground (*see* CPL 470.05 [2]; *People v Leonard,* 306 AD2d 940 [2003]). In any event, defendant failed to comply with a condition of the plea bargain, and the court therefore properly imposed enhanced sentences (*see generally People v Outley,* 80 NY2d 702, 714 [1993]). Contrary to defendant's further contention, the enhanced sentences are not unduly harsh or severe. Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUELINE ZELTER, Appellant. (Appeal No. 2.) [775 NYS2d 633]— Appeal from a judgment of the Monroe County Court (Dennis F. Bender, J.), rendered December 20, 2000. The judgment convicted defendant, upon her plea of guilty, of forgery in the second degree (four counts), grand larceny in the second degree (five counts) and grand larceny in the third degree (five counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Zelter* ([appeal No. 1] 6 AD3d 1103 [2004]). Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Lawton, JJ.